**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1755

GEARLEAN B. PARKER,

Plaintiff - Appellant,

versus

DR. LIND W. CHINNERY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (CA-05-3-4)

Submitted:  October 20, 2005              Decided:  October 26, 2005

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gearlean B. Parker, Appellant Pro Se.  Darren Thomas Marting, LECLAIR RYAN, P.C., Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gearlean B. Parker appeals the district court's order dismissing her action for lack of subject matter jurisdiction because she failed to allege any basis for federal jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Parker v. Chinnery, No. CA-05-3-4 (E.D. Va. June 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED